# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 17, 2025

*By the Court:*

No. 25-2740

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff - Appellant, | Appeal from the United<br>States District Court for<br>the Eastern District of Wisconsin. |
| v. | No. 2:24-cr-00164-LA-1 |
| PETER J. BRAUN,<br>            Defendant - Appellee. | Lynn Adelman,<br>            *Judge.* |

This matter comes before the court for its consideration of attorney Joshua Uller's **MOTION FOR APPOINTMENT**, filed on October 16, 2025. Upon consideration thereof,

**IT IS ORDERED** that the Motion to Appoint is **GRANTED.**

**IT IS FURTHER ORDERED** that attorney Joshua D. Uller, FEDERAL DEFENDER SERVICES OF EASTERN WISCONSIN, INCOPORATED, 411 E. Wisconsin Avenue, Milwaukee, WI 53202, joshua_uller@fd.org, is appointed to represent defendant-appellant Peter J. Braun. Counsel is directed to contact the defendant-appellant immediately.